# Exhibit A

**From:** Amazon Services <donotreply@amazon.com>
**Sent:** Friday, December 5, 2025 6:09 PM
**To:** Bakblade <im_bakblade@olsamgroup.com>
**Subject:** Listings at risk of deactivation due to trademarked logo blurring or altering

Hello bakblade,

The following listings are at risk of deactivation due to violations of our policies. You can find details of the at-risk listings below.

We are reaching out to you about this issue before it impacts your ability to sell so we can resolve this with limited impact to your business.

**Why did I receive this message?**

We received a notice of infringement from a rights owner that indicates the below ASINs are allegedly infringing upon their intellectual property rights. This is a violation of Amazon policy.

**How do I address this issue?**

Provide one or more of the following to prevent deactivation of your listings:

-- An invoice

-- Letter of authorization from the rights owner

-- A licensing agreement from the manufacturer or rights owner demonstrating that your products are lawful

For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .pr .tiff.

**How do I submit this information?**

Go to Received Intellectual Property Complaints under the Product Compliance section in your Accour Health page.

Locate the deactivation record for this product listing. Click "Appeal" next to the listing deactivation reco to submit information necessary to reactivate your listing.

**Has this message been sent in error?**

If you believe there has been an error, contact us on your Account Health page by clicking "Appeal" next to the listing at risk of removal and following the instructions provided.

If you think that the rights owner has made an error in sending the notice, reach out to the rights owner and ask them to submit a retraction of this notice. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. The link is located below the appeal form.

### What happens if I do not provide the required information?

If we do not receive a valid appeal by the due date on your Account Health page, the listing will be deactivated. The violation record will remain on your Account Health page for up to 180 days after the listing was deactivated or until the violation is successfully disputed. Leaving this and other listing violations unaddressed may result in account deactivation. If you do not provide the information within 9 days, you will receive a request to remove the inventory associated with these listings per our removal policy.

Failure to address this request can lead to disposal of your inventory in accordance with the Business Solutions Agreement.

### We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property policy" in Seller Central Help.

If you have questions about this policy or the information requested above, contact us.

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made a test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA
**ASIN:** B077GB8T8F

**Title:** BAKblade 2.0/ELITE PLUS - Back Hair Removal and Body Shaver (DIY), Easy to Use Ergonomic Handle for a Close, Pain-Free Shave, 3 of the Wet or Dry Disposable Razor Blades, Scrubbing Sleeve Included
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 U
**MerchantID:** AZEGSF0ONTQEA
**ASIN:** B071JSSF8T
**Title:** Bakblade 2.0 Back Shavers for Men: DIY Hair Shaver, Safety Blade Technology & Ergonomic Handle, Wet & Dry Shaving (Extra Blades Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old

transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US

**MerchantID:** AZEGSF0ONTQEA
**ASIN:** B0F4Z1Q1CW
**Title:** Bakblade 2.0 SilverBak Back Shavers for Men: DIY Hair Shaver, Safety Blade Technology & Ergonomic Handle, Wet & Dry Shaving (Extra Blades Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled
Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US

**MerchantID:** AZEGSF0ONTQEA
**ASIN:** B077GB8T8F
**Title:** BAKblade 2.0/ELITE PLUS - Back Hair Removal and Body Shaver (DIY), Easy to Use Ergonomic Handle for a Close, Pain-Free Shave, 3 of the Wet or Dry Disposable Razor Blades, Scrubbing Sleeve Included
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA
**ASIN:** B071JSSF8T
**Title:** Bakblade 2.0 Back Shavers for Men: DIY Hair Shaver, Safety Blade Technology & Ergonomic Handle, Wet & Dry Shaving (Extra Blades Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and

we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 U

MerchantID: AZEGSF0ONTQEA

ASIN: B08GV38V5B

**Title:** baKblade 11-in-1 Mens Grooming Kit for Manscaping - Bodbarber - Electric Beard Trimmer for Men, Groin Groomer, Body Groomer, Nose & Ear Groomer - Cordless & Waterproof Hair Clippers

**Violation type:** TrademarkProductPackaging

**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 U

MerchantID: AZEGSF0ONTQEA

ASIN: B07TMRRFLJ

**Title:** Bakblade Body Grooming, Bodblade Ergonomic Shaver, Shaving Chest, Arms & Stomach Region

**Violation type:** TrademarkProductPackaging

**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand

BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B08GV38V5B
**Title:** baKblade 11-in-1 Mens Grooming Kit for Manscaping - Bodbarber - Electric Beard Trimmer for Men, Groin Groomer, Body Groomer, Nose & Ear Groomer - Cordless & Waterproof Hair Clippers
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B01CRBVTMC
**Title:** baKblade 1.0 Back Hair and Body Shaver Refill Replacement Cartridges Bundle. 4 Inch Extra-Wide Wet or Dry Disposable Razor Blades (3 Razors Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US
**MerchantID:** AZEGSF0ONTQEA
**ASIN:** B08GV38V5B
**Title:** baKblade 11-in-1 Mens Grooming Kit for Manscaping - Bodbarber - Electric Beard Trimmer for Men Groin Groomer, Body Groomer, Nose & Ear Groomer - Cordless & Waterproof Hair Clippers
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old

transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made a test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B01CRBVTMC
**Title:** baKblade 1.0 Back Hair and Body Shaver Refill Replacement Cartridges Bundle. 4 Inch Extra-Wide Wet or Dry Disposable Razor Blades (3 Razors Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made a test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B071JSSF8T
**Title:** Bakblade 2.0 Back Shavers for Men: DIY Hair Shaver, Safety Blade Technology & Ergonomic Handle, Wet & Dry Shaving (Extra Blades Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made a test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US
**MerchantID:** AZEGSF0ONTQEA
**ASIN:** B071JSSF8T
**Title:** Bakblade 2.0 Back Shavers for Men: DIY Hair Shaver, Safety Blade Technology & Ergonomic Handle, Wet & Dry Shaving (Extra Blades Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made a test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the

brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B07TMRRFLJ
**Title:** Bakblade Body Grooming, Bodblade Ergonomic Shaver, Shaving Chest, Arms & Stomach Region
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp?ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made a test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B077GB8T8F
**Title:** BAKblade 2.0/ELITE PLUS - Back Hair Removal and Body Shaver (DIY), Easy to Use Ergonomic Handle for a Close, Pain-Free Shave, 3 of the Wet or Dry Disposable Razor Blades, Scrubbing Sleeve Included
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

---

**Rights owner details:**

-- Matthew Dryfhout

-- matt@dryfhoutproperties.com

**Rights owner communication:** Dear Amazon Legal, Please help us, as there is a bad actor selling our products using our IP after we won a federal lawsuit against them and received a Court Order giving us the IP associated with the BAKBLADE brand. We are Dryfhout Enterprises LLC, Dryfhout Properties LLC and Dryfhout Body Grooming LLC and the legal IP owner of BAKBLADE products. That being said, we are the legal owner of all the intellectual property (trademarks and patents) associated with the brand

BAKBLADE.including BAKBLADE trademark registration # 4381008. After submitting our Federal Court Order to Amazon Brand Registry Amazon enrolled our BAKBLADE brand and trademark under our own Brand Registry account as well as the Transparency account associated with the BAKBLADE brand. However, there is an Amazon seller using our trademark name BAKBLADE as their storefront name selling our IP without our authorization. Please see their storefront here: 7https://www.amazon.com/sp ie=UTF8&seller=A2YWQ2XMKE71NF&asin=B0CJJRHSZP&ref_=dp_merchant_link&isAmazonFulfilled Their Detailed Seller Information is as follows: Business Name: PERSONAL GROOMING CO LIMITED Business Address: 124 City Road LONDON London EC1V 2NX GB Furthermore, they are using old transparency codes prior to us winning our lawsuit in order to sell counterfeit products and are not using our manufacturer requirements or methods aligned with our trade secrets and thus, are damaging the goodwill of our brand and trademark. We have ourselves purchased the shavers from the unauthorized seller and we have verified the products being sold on their listings are missing specific identifiers that we have pre arranged with our brand supplier. At the behest of Amazon's request, we have gone and made test purchase ourselves from the offer currently being made from seller Personal Grooming Co. Ltd and we have unequivocally confirmed these are not products that were not sold by or approved by us (the brand owner). The MerchantID of the bad actor is A2YWQ2XMKE71NF selling under the name Personal Grooming Co Limited. We ask that you review this abusive activity, take down the unauthorized Personal Grooming Co. Ltd offers against our authentic product detail pages and deactivate the bad actor seller account. Dryfhout Body Grooming LLC is the only seller who should be listing against BAKBLADE product detail pages, as this is our IP registered with both Brand Registry and enrolled in the Amazon Transparency program. Our correct information is under our official Amazon storefront: Business Name: Dryfhout Body Grooming LLC Business Address: 5115 Maryland Way #56 BRENTWOOD TN 37027 US MerchantID: AZEGSF0ONTQEA

**ASIN:** B0C3MJSDR7
**Title:** baKblade 1.0 Back Hair and Body Shaver Refill Replacement Cartridges. 4 Inch Extra-Wide Wet Dry Disposable Razor Blades (6 Razors Included)
**Violation type:** TrademarkProductPackaging
**Complaint ID:** 18958148771

You can view your account performance or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

Thank you,

Amazon Services

**Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.

Copyright 2025 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1530522354384071