**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PERSONAL GROOMING CO LIMITED,   ) | |
| )　 | |
| )　 | |
| Plaintiff,   ) | |
| )　 | C.A. No. 25-1047-RGA-LDH |
| v.   ) | |
| )　 | |
| DRYFHOUT ENTERPRISES, LLC,   ) | |
| DRYFHOUT PROPERTIES, LLC,   ) | |
| MATTHEW DRYFHOUT, and   ) | |
| ANGELINA DRYFHOUT   ) | |
| )　 | |
| Defendants.   ) | |
| )　 | |

## ORDER

WHEREAS, the Court has considered Defendants' Motion requesting exemption of persons from the District of Delaware May 17, 2024 Standing Order on Personal Devices:

IT IS HEREBY ORDERED that the Motion is GRANTED, and that for purposes of the May 26, 2026 2:30 p.m. hearing in the above-captioned action, the following individual is exempt from the Standing Order and shall be permitted to retain and use their electronic devices:

    a. Carrie Richey (*pro hac vice* attorney)

IT IS HEREBY FURTHER ORDERED that the individual listed above will present this Order, along with a valid photographic I.D., to the United States Marshalls on entry to the J. Caleb Boggs Federal Building and United States Courthouse.

IT IS HEREBY ORDERED this 21 day of May 2026.

/s/ Richard G. Andrews

The Honorable Richard G. Andrews

3